IN THE UNITED STATE DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v<br><br>$112,995.00 IN UNITED STATES FUNDS,<br>        Defendant Property.<br><br>Jimmy Nguyen,<br>        Claimant. | *<br>*<br>*<br>*   CASE NO. 7:13-CV-135 (HL)<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

### ANSWER

**COMES NOW CLAIMANT JIMMY NGUYEN**, by and through his undersigned counsel, and files this his <u>Answer</u> to the United States of America's "Verified Complaint for Forfeiture" filed on October 4, 2013 and received by undersigned counsel on October 8, 2013, pursuant to 19 U.S.C. § 983 (a)(4)(A) and Rule G(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

Claimant denies and rejects any and all statements made in said Verified Complaint for Forfeiture and shows this Honorable Court as follows:

1) That the Claimant is the rightful owner (solely and exclusively) of said One Hundred Twelve Thousand Nine Hundred Ninety-Five Thousand Dollars ($112,995.00) in U.S. Currency (Defendant Property).

2) That the Claimant is represented by the undersigned counsel and as such demands that all further notices and pleadings be mailed to the following address:

    Joe S. Habachy
    Attorney at Law
    44 Broad Street, Suite 203
    Atlanta, GA 30303

1) That Claimant has a legitimate, legally acquired interest in Defendant Property (hereinafter "INTEREST");

2) That the Claimant acquired said INTEREST as a result of lawful profits from employment and family;

3) That pursuant to 19 U.S.C. § 983 (a)(4)(A) and Rules G(3) G(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims and INTEREST is not subject to forfeiture.

4) That claimant objects to in rem jurisdiction and to venue on the instant action.

WHEREFORE, Claimant Jimmy Nguyen prays that:

1) Judgment be entered declaring Claimant sole and exclusive owner in said INTEREST;

2)   Said INTEREST be returned to Claimant as rightful owner; and

3)   Claimant is granted such other relief as this Court may deem just and proper.

This the 10th day of October, 2013.

/s/ Joe S. Habachy
Joe S. Habachy
Georgia Bar No. 367735
Attorney for Claimant
Jimmy Nguyen
The Grant Building
Suite 203
44 Broad Street, N.W.
Atlanta, GA 30303
(404) 523-6622

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the within and foregoing:

ANSWER

was filed via the CM/ECF filing system for the United States District Court for the Middle District of Georgia, which will forward said Notice to the appropriate parties.

This the 10th day of October, 2013.

Respectfully submitted:

/s/ Joe S. Habachy
Joe S. Habachy
Georgia Bar No. 367735
Attorney for Claimant
Jimmy Nguyen
The Grant Building, Suite 203
44 Broad Street, N.W.
Atlanta, GA 30303
(404) 523-6622